**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

AL M. WILLIAMS                                                                         PLAINTIFF

V.                      2:12CV00168 JMM/JTR

PHILLIPS HOSPITAL CORPORATION,
d/b/a Helena Regional Medical Center; and
DR. ARTHUR LEVY                                                   DEFENDANTS

**JUDGMENT**

Pursuant to the Order granting defendants' Motions for Summary Judgment, Judgment is entered in favor of the defendants and against the plaintiff with prejudice. The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 13th day of May, 2013.

_____
James M. Moody
United States District Judge