UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 13-2272

Al M. Williams

Appellant

v.

Phillips Hospital Corporation, doing business as Helena Regional Medical Center and Arthur Levy, MD

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:12-cv-00168-JMM)
_____

**MANDATE**

In accordance with the judgment of 08/20/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 10, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit

 13-2272 Al Williams v. Phillips Hospital Corp., et al "Mandate Issued" (2:12-cv-00168-JMM)
8cc-cmecf-nda
to:
09/10/2013 06:21 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/10/2013

| | |
|---|---|
| **Case Name:** | Al Williams v. Phillips Hospital Corp., et al |
| **Case Number:** | 13-2272 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4073653] [13-2272] (DeAnn Sharpless)

**Notice will be electronically mailed to:**

Mr. Travis J. Fowler: tfowler@fridayfirm.com, brinda@fridayfirm.com
Mr. David A. Littleton: littleton@amhfirm.net, holmes@amhfirm.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, U.S. District Judge: Stacy_Hatfield@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Al M. Williams
WEST TENNESSEE STATE PENITENTIARY
P.O. Box 1150
Henning, TN 38041

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/dsharpless_132272_4073653_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/10/2013] [FileNumber=4073653-0]
[386c89c3638943de0b90af76a233d6033bc8f81774415fe82dc0f4076fd76d7853bd01918e0dca09e77eb4131bfb4542878fc529847b702d9e555ff994cee208]]
**Recipients:**

- Mr. Travis J. Fowler
- Mr. David A. Littleton
- Mr. Jim McCormack, Clerk of Court
- Honorable James M. Moody, U.S. District Judge
- Mr. Al M. Williams

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4073653
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4926845